# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Robin L. Albright, | : | Case No. 1:08CV2676 |
| | : | |
| Plaintiff | : | Judge Ann Aldrich |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Commissioner of Social Security, | : | **AMENDED MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Defendant | : | |

The defendant has moved for an extension of time to file a brief on the merits (Doc. #21). The basis of this motion is that the Office of Regional Counsel in Chicago is overburdened.

Considering that Regional Council's arbitrary refusal to consent to this Court's full jurisdiction for over three years[1] has overburdened this Court, preparation of a Report and Recommended Decision (R&R) often requiring more time and effort then preparing a decision on the merits, this Court has little sympathy for counsel's plight.

This Court also notes that Regional Counsel's approach imposes an added burden on the District Judges who are called upon to conduct a <u>de novo</u> review of this Court's R&R when an objection is made.

Therefore, this Court will deny defendant's motion and will proceed to consider the matter on plaintiff's submission on the merits, which will be considered as unopposed.

This Court will continue to deny motions for extension of time on behalf of the

---

[1] Since December 2007, as far back as this Court's copies of the Magistrate Docket Reconciliation form go, the Commissioner has consented to the full jurisdiction of this Court's colleagues in 209 cases.

Commissioner for so long as the Commissioner continues to arbitrarily refuse to consider consenting to this Court's full jurisdiction.

**IT IS SO ORDERED**

s/DAVID S. PERELMAN<br>United States Magistrate Judge

DATE: August 14, 2009